JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br>    Plaintiff,<br><br>            v.<br><br>MILJANOVIC TRUCKING, INC., an Illinois corporation,<br>    Defendant. | No.: 8:24-cv-00027-DSF-DFM<br><br>JUDGMENT |

   The Court having granted Plaintiff Ameris Bank d/b/a Balboa Capital Corporation's motion for default judgment against Defendant Miljanovic Trucking, Inc. and having found that Plaintiff is entitled to monetary damages in the amount of $157,918 in general damages, $11,680.20 in pre-judgment interest, $6,758.36 in attorneys' fees, and $504 in costs,

   IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Ameris Bank d/b/a Balboa Capital Corporation and against Defendant Miljanovic Trucking, Inc.  Defendant is ordered to pay Plaintiff $176,860.56, as follows:

   1. $157,918.00 in general damages;

   2. $11,680.20 in pre-judgment interest;

   3. $6,758.36 in attorneys' fees; and,

    4. $504.00 in costs.

Date: June 20, 2024

_____
Dale S. Fischer
United States District Judge